OPINION — AG — ** COUNTY FREE FAIR BOARD — VOTE ON BONDS — BUILDINGS ** WHEREIN A SPECIAL TYPE COUNTY FREE FAIR ASSOCIATION PROVIDED FOR IN 2 O.S. 131.1 [2-131.1] THRU 2 O.S. 131.18 [2-131.18] HAS BEEN ESTABLISHED, COUNTY BONDS FOR PURCHASING LANDS, OR IMPROVING LANDS, OR FOR CONSTRUCTING BUILDINGS, FOR FREE FAIR PURPOSES, MAY BE ISSUED, AND THE PROCEEDS THEREOF EXPENDED, BY THE BOARD OF COUNTY COMMISSIONERS OF SUCH COUNTY, AS PROVIDED FOR IN 2 O.S. 109 [2-109] THRU 2 O.S. 116 [2-116] ; BUT THAT SUCH BONDS MAY NOT BE ISSUED, OR THE PROCEEDS OF SUCH BONDS EXPENDED, BY THE BOARD OF DIRECTORS OF SUCH FREE FAIR ASSOCIATION. CITE: 2 O.S. 104 [2-104](A) — 2 O.S. 104 [2-104](M), 2 O.S. 131.5 [2-131.5] 2 O.S. 131.15 [2-131.15], 2 O.S. 116 [2-116] (LYNNIE CLAYTON)